UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
     ) CASE NO. MJ 13-452
    Plaintiff, )
     )
    v. )
     ) DETENTION ORDER
YUNG-HSU TSENG, )
     )
    Defendant. )
_____ )

<u>Offense charged</u>:    Conspiracy to Possess with Intent to Distribute Cocaine; Possession with Intent to Distribute Cocaine

<u>Date of Detention Hearing</u>:    September 16, 2013.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant and two co-defendants were arrested near the U.S./Canadian border on September 9, 2013 in a vehicle in which 25 kilo sized bricks of cocaine were allegedly found. Defendant was dressed in camouflage clothing and the backpack in which cocaine was alleged found was located next to him in the backseat of the car.

2. Defendant has dual citizenship in Canada and Taiwan. He has valid passports from both countries. Pretrial Services indicates that defendant did not initially reveal the existence of the Taiwanese passport when questioned. Defendant contends the omission was inadvertent.

3. Defendant poses a risk of nonappearance due to dual citizenship in Taiwan and Canada, failure to initially disclose the Taiwanese passport, contradictory information about finances, unstable employment history, and strong family ties to and frequent travel to Taiwan. In addition, an immigration detainer has been filed. Defendant poses a risk of danger due to the nature and circumstances of the instant charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 16th day of September, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge